FILED
August 27, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D29

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Dorotha Jane Allamand | **Case No :** | 09-23878 - D - 13 L |
| | | **Date :** | 8/25/09 |
| | | **Time :** | 10:00 |

**Matter :** [25] - Motion/Application to Dismiss Case for Unreasonable Delay That is Prejudicial to Creditors [NLE-2] Filed by Trustee Lawrence J. Loheit (maws)

**Judge :** Robert S. Bardwil
**Courtroom Deputy :** Nancy Williams
**Reporter :** Diamond Reporters
**Department :** D

**APPEARANCES for :**
**Movant(s) :**
    Neil Enmark (for the Trustee)
**Respondent(s) :**
(by phone)    Debtor(s) Attorney - Douglas B. Jacobs

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted and the case is dismissed.

Dated: August 27, 2009

Robert S. Bardwil, Judge
United States Bankruptcy Court